## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ELIJAH HORTON, | : | Case No. 1:26-cv-251 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| LIEUTENANT ALBRIGHT, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 3)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Chelsey M. Vascura (Doc. 3), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's individual-capacity Eighth Amendment claims for deliberate indifference to medical needs and excessive force against Defendants Blake, Albright, Pittman, and John Doe **SHALL PROCEED**;

2. Plaintiff's remaining claims are **DISMISSED**;

3. Plaintiff's Motion to have his case heard only by a District Judge (Doc. 1-4) and Motion to Convey (Doc. 1-5) are **DENIED**; and

4. Plaintiff's Motion to Change Venue (Doc. 1-6) is **DENIED AS MOOT**;

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND