**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**ELIJAH HORTON,**

**Plaintiff,**

**v.**

**Civil Action 1:26-cv-251**
**Judge Matthew W. McFarland**
**Magistrate Judge Chelsey M. Vascura**

**LIEUTENANT ALBRIGHT, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's Motion to Withdraw Motion to Compel Production of Documents (ECF No. 21). For good cause shown, Plaintiff's Motion to Withdraw (ECF No. 21) is **GRANTED**. The Clerk is **DIRECTED** to **TERMINATE AS MOOT** Plaintiff's Motion to Compel Production of Documents (ECF No. 20).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE